

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00427-CV

Chris Noel **CARLIN**,
Appellant

v.

**BEXAR COUNTY**, Bexar County Judge Nelson W. Wolff, in his Official Capacity as Bexar County Judge, Judge Ron Rangel in his Official Capacity as Local Criminal Court Administrative Judge, Bexar County, Texas, and Judge Rosie Alvarado, in her Official Capacity as Local Administrative Judge, Bexar County, Texas,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI10840
Honorable Tina Torres, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are assessed against appellant Chris Noel Carlin.

SIGNED December 20, 2023.

_____
Irene Rios, Justice